# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Hilaria Aurora Quintana Casillas,

       Petitioner,                                        Civ. 17-01039-DME-CBS

v

JEFFERSON BEAUREGARD SESSIONS III, U.S. Attorney General;
IVAN E. GARDZELEWSKI, Immigration Judge;
JOHN F. KELLY, Secretary of the Department of Homeland Security;
JEFFREY LYNCH, U.S. ICE Field Office Director for the Denver Field Office;
TRACEY CAMMORTO, Acting U.S. ICE Assistant Field Office Director for the Denver Field Office; and
JOHNNY CHOATE, Warden of the Denver ICE Contract Detention Facility,

       Respondents.

---

## ORDER TO SHOW CAUSE

---

Magistrate Judge Craig B. Shaffer

      A verified petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 has been filed by the Petitioner, alleging that she is being held illegally.  Circuit Judge David M. Ebel has referred the petition to this court for a recommendation.  Upon reading the petition, good cause appears.  It is

      ORDERED that the Respondents show cause **within three (3) days from the date of this order** why the petition for a writ of habeas corpus should not be granted.  It is further

      ORDERED that **within three (3) days of Respondents' answer to this show cause order** Petitioner may file a Reply, if any. It is further

      ORDERED that, as the clerk of court has issued summons to Petitioner's counsel upon request, if Petitioner has completed service of the petition to any of the Respondents, Petitioner

shall file returns of service as soon as possible; if any Respondents have not been served by the close of business this date, then the unserved Respondents' time in which to answer this show cause order shall extend to three (3) days from the date that they are served; Petitioner's time in which to file a reply, if any, to those Respondents, shall likewise be extended to three (3) days from their answer.  It is further

ORDERED that Petitioner shall serve a copy of this order to the Respondents.  It is further

ORDERED that the Petitioner shall remain in custody until further order.

DATED: May 10, 2017.

BY THE COURT:

  s/Craig B. Shaffer
United States Magistrate Judge